IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| LLOYD HILL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | CASE NO. 2:04-cv-00966-WKW-VPM |
| | ) | (WO) |
| IGA FOOD DEPOT, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

On 17 October 2006, Malcolm R. Newman filed a motion to withdraw as attorney for Lloyd Hill (Doc. #57). In consideration of the motion, it is hereby

ORDERED that a **TELEPHONE CONFERENCE** in the above-styled case is set for 27 October 2006 at 10:00 a.m. to be arranged by counsel for the plaintiff. Plaintiff's counsel is DIRECTED to have the plaintiff participate in the conference.

Done this the 23rd day of October, 2006.

/s/  W. Keith Watkins
UNITED STATES DISTRICT JUDGE