IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LLOYD HILL, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>IGA FOOD DEPOT, et al., )<br>)<br>Defendants. ) | CASE NO. 2:04-cv-00966-WKW-VPM<br>(WO) |

**<u>FINAL JUDGMENT</u>**

In accordance with the prior proceedings and orders of the Court, it is ORDERED and ADJUDGED that all claims are hereby dismissed with prejudice. Costs are taxed against the Plaintiff.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this the 3rd day of November, 2006.

        /s/   W. Keith Watkins
UNITED STATES DISTRICT JUDGE